IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEX VEGA HERNANDEZ a/k/a MARCO ANTONIO VARGAS HERNANDEZ a/k/a ALEXAI VEGA HERNANDEZ a/k/a ESTEBAN DELEON BARRIOS, : : : : : : Plaintiff, : : vs. : : MOSSY OAK LANDSCAPE GROUP, INC., and JEFFREY ALLEN CROUCH, : : : : : Defendants. : | Civil Action Number: 1:12-cv-02913-CAP |

## ORDER

Upon application of the parties and upon review of the Settlement Agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are reasonable and satisfactory. Accordingly, the parties' Joint Motion is **GRANTED**, and the Settlement Agreement is **APPROVED** and incorporated herein. This Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement have been complied with.

This the <u>18th</u> day of <u>     April     </u>, 2013.

                <u>/s/Charles A. Pannell, Jr.       </u>
                HONORABLE CHARLES A. PANNELL, JR.
                UNITED STATES DISTRICT JUDGE